# Exhibit E

























