**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Chanel, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>The RealReal, Inc.,<br><br>        Defendant. | Case No. 1:18-cv-10626-VSB<br><br>**DEFENDANT THE REALREAL, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF CHANEL, INC.'S COMPLAINT FOR FAILURE TO STATE A CLAIM** |

     **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendant The RealReal, Inc. ("The RealReal"), by and through its undersigned counsel, will move this Court before the Honorable Vernon S. Broderick, at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be designated by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff Chanel, Inc.'s Complaint for failure to state a claim, and granting The RealReal such other and further relief that the Court deems just and proper.

Dated: January 10, 2019

                                         Respectfully submitted,

                                         */s/ Leigh M. Nathanson*
                                         BOIES SCHILLER FLEXNER LLP
                                         Karen L. Dunn (*Pro Hac Vice* Pending)
                                         kdunn@bsfllp.com
                                         1401 New York Avenue, NW
                                         Washington, D.C. 20005
                                         Telephone: (202) 237-2727
                                         Facsimile: (202) 237-6131

BOIES SCHILLER FLEXNER LLP
Leigh M. Nathanson
lnathanson@bsfllp.com
Laura E. Harris
lharris@bsfllp.com
Yotam Barkai
ybarkai@bsfllp.com
575 Lexington Avenue
New York, New York
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

SIDLEY AUSTIN LLP
Rollin A. Ransom (*Pro Hac Vice*
   Application Forthcoming)
rransom@sidley.com
Lauren M. De Lilly (*Pro Hac Vice*
   Application Forthcoming)
ldelilly@sidley.com
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant The RealReal, Inc.*