# Exhibit 1

20% Off! Code: REAL — Exclusions Apply* See Details | Visit The RealReal Stores in NY & LA

# The RealReal

Sign In or Create Account

NEW ARRIVALS   DESIGNERS   WOMEN   MEN   JEWELRY   WATCHES   HOME   KIDS   SALE   CONSIGN    Search



## ABOUT THE REALREAL

**The luxury business is a $1.5 trillion dollar industry, and we're revolutionizing it one consignment at a time. Let us explain.**

We started small. Working at her kitchen table and visiting consignor homes with a U-Haul, our fearless leader CEO Julie Wainwright built The RealReal out of her own home. Today, it's the premier site for online luxury consignment with multiple locations across the United States that accept and ship product worldwide.

### We believe in the lifecycle of luxury.

We celebrate artists, designers and quality craftsmanship. We know the luxury consumer experience isn't just about buying designer items, but also reconsigning them, sharing them with someone who will treasure them as much as you do. And if it gives you extra cash to purchase the next piece you've been eyeing? Even better.

### We're authentic.

We ensure that every item on The RealReal is 100% the real thing, thanks to our dedicated team of authentication experts, horologists and gemologists. We know exactly how to tell real from counterfeit, from the quality of the leather to the zipper manufacturer. Read more ▸

### We're sustainable.

We're doing our part to be environmentally responsible. When you consign your pieces with us, you can feel good knowing that means less items in a landfill. With millions of items sold on our site, that adds up to a big impact.
Read more ▸

### We're passionate.

We work hard, because we love what we do. We're fully committed to our business, our customers and our consignors. We're constantly evolving and innovating to bring you the ultimate luxury experience.

**Meet our Executive Team.
They're not bosses, they're leaders.**



To our investors, thank you.

    

   

  

## JOIN OUR TEAM

We're a team of scrappy, innovative thinkers who are passionate about the luxury lifecycle and get s*** done. Join us.

  

  

  

SEE ALL OF OUR OPENINGS ▸

Like perks? Yeah, us too.

   

NEW HQ IN BEAUTIFUL DOWNTOWN SF   STOCK OPTIONS   FULL BENEFITS (MEDICAL, FSA, LIFE INSURANCE)   PET INSURANCE (WE LOVE OUR PETS!)

  

401K W/MATCHING   EMPLOYEE SHUTTLE (WAREHOUSE LOCATIONS ONLY)   SNACK CREDITS

Here's what our employees say...

 

**MARISSA B.**
Lead Product & Creative Stylist

"Not only do I get to be around luxury product everyday, but I also get to work with vibrantly creative people. I am constantly looking for new ways to be inspired in my daily life, and to be able to get this from my work place is especially powerful."

**ERIC J.**
Senior Designer

"As a long-time consigner, I love being able to take my own past user experiences and problem-solve issues that our users are also likely having. It's great being part of a team that is as enthusiastic as I am about our product, user experience, and design."

## PRESS

In case you haven't heard, we're kind of a big deal.

### Forbes
"What The RealReal recognizes, and the luxury brands may yet have to learn, is that its resale market is a vital part of the greater luxury market infrastructure. It helps support first-time sales."

### WWD
"At the valuation offices, female gemologists wear quilted, white lab coats and Manolo Blahnik shoes, a twist on the popular perception of jewelry appraisers as geeky men."

### NPR
"[...] Founder and CEO Julie Wainwright started The RealReal in 2011 because she believed luxury buyers would jump at an easy — and discreet — way to unload last season's looks, and more mainstream shoppers would be eager to pick them up at a discount."

### VOGUE
"Fashion fans love The Real Real for a few reasons, namely the thrill of buying past-season goods for a fraction of the original price and discovering items you might have forgotten about that suddenly feel fresh again."

### WSJ
"If you're shopping The RealReal, the experience isn't so different from high-end e-commerce sites such as Mr Porter."

MORE PRESS ▸

## CONTACT US

For general inquiries:
support@therealreal.com

For press and media inquiries:
PR@therealreal.com

If you want to make a return, go to your returns page

---

**BECOME A FIRST LOOK MEMBER**
For $10 a month, get 24-hour advance access to sales and special invitations to monthly promotions.
SIGN UP NOW

**CONSIGN WITH US**
It pays. Receive up to 85% of each item's sale price.
CONSIGN

**GIVE A GIFT CARD**
Give the gift of luxury and style with a RealReal gift card.
PURCHASE

**QUESTIONS?**
Email one of our experts at:
contact@TheRealReal.com

---

**CUSTOMER CARE**
- Contact Us
- Authenticity
- Shipping Information
- Returns
- Designer Directory
- Consignment
- FAQ
- Sustainability
- International Purchases

**COMPANY**
- About Us
- Team
- Careers
- Press
- Business Sellers
- Consignor Affiliate Program
- Influencer Program
- Terms of Service
- Consignor Terms
- Privacy

**TOP FASHION BRANDS**
- Chanel
- Hermès
- Louis Vuitton
- Christian Louboutin
- Prada
- Céline
- Jimmy Choo
- Gucci
- Valentino
- Burberry

**VISIT US**
Washington D.C.   GO

**TOP CATEGORIES**
- Women's Clothing
- Handbags
- Shoes
- Boots
- Accessories
- Dresses
- Scarves
- Men's Clothing
- Neckties
- Wallets

**TOP FINE JEWELRY & WATCH BRANDS**
- Cartier
- Van Cleef & Arpels
- Tiffany & Co
- Chanel Watches
- Rolex
- Bvlgari
- David Yurman
- Chopard
- Baume & Mercier
- Ippolita

Cookie Policy

RealStyle     

**A SUSTAINABLE LUXURY COMPANY**

Honoring heritage brands and extending the lifecycle of luxury items.

©2019 The RealReal, Inc.

 

All items are pre-owned and consigned to The RealReal. Trademarks are owned by their respective brand owners. No brand owner endorses or sponsors this ad or has any association and/or affiliation with The RealReal.