

April 19, 2019

**By ECF**

The Honorable Vernon S. Broderick
United States District Court
   for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

                Re:    *Chanel, Inc. v. The RealReal, Inc.*, No. 18-cv-10626-VSB (S.D.N.Y.)

Dear Judge Broderick:

      We represent Defendant The RealReal, Inc. in the above-captioned matter. We write pursuant to Rule 4(J) of the Court's Individual Rules & Practices in Civil Cases to request oral argument on Defendant The RealReal, Inc.'s Motion to Dismiss Plaintiff Chanel, Inc.'s First Amended Complaint for Failure to State a Claim (ECF No. 29).

                                            Respectfully submitted,

                                            */s/ Karen L. Dunn*

                                            Karen L. Dunn

cc: Counsel of Record (via ECF)