**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.653.8702 direct
tmax@sheppardmullin.com

September 23, 2020

BY ECF
The Honorable Judge Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court for the Southern District of   New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    Chanel, Inc. v. The RealReal, Inc.; Civil Action No. 18-cv-10626-VSB-GWG

Dear Judge Gorenstein:

We represent plaintiff Chanel, Inc. in the above-referenced matter.  It has recently come to our attention that Exhibits A and B were inadvertently omitted from the filing of our September 18, 2020 letter concerning the discovery dispute currently pending before Your Honor (*see* Docket Nos. 50, 51 and 52).  Accordingly, we are attaching Exhibits A and B hereto for Your Honor's reference.  We apologize for any inconvenience.

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Theodore C. Max*

Theodore C. Max

TCM:er
cc:    All Counsel

SMRH:4847-9617-2236.1