UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chanel, Inc., <br><br> Plaintiff, <br> v. <br><br> The RealReal, Inc., <br><br> Defendant. | Case No. 1:18-cv-10626-VSB |

### DECLARATION OF ROLLIN A. RANSOM
### IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

I, Rollin A. Ransom, declare as follows:

1. I am a partner at Sidley Austin LLP, and submit this Declaration in support of Defendant The RealReal, Inc.'s ("Defendant") Motion to Withdraw Rollin A. Ransom and Lauren M. De Lilly as Counsel of Record (the "Motion to Withdraw").

2. Defendant has elected to consolidate its representation in this matter to Paul, Weiss, Rifkind, Wharton & Garrison LLP and King & Spalding LLP. Assuming the Court grants the Motion to Withdraw, Defendant will continue to be represented by its other current attorneys of record, including Karen L. Dunn of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and Leigh M. Nathanson and Laura E. Harris of King & Spalding LLP.

3. My withdrawal will not delay the proceedings in this matter.

4. Defendant will not be prejudiced in any way by the granting of this motion.

5. I am not asserting a retaining or charging lien.

6. I certify that on September 23, 2020, I caused a copy of the Motion to Withdraw and supporting documentation to be served on Defendant and all parties in this action.

I declare under penalty of perjury that the foregoing is true and correct.

1

2

Dated: September 23, 2020

                                                   */s/ Rollin A. Ransom*
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California  90013
rransom@sidley.com
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600