# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.653.8702 direct
tmax@sheppardmullin.com

**MEMORANDUM ENDORSEMENT**

September 23, 2020

BY ECF
The Honorable Judge Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court for the Southern District of  New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Chanel, Inc. v. The RealReal, Inc.; Civil Action No. 18-cv-10626-VSB-GWG

Dear Judge Gorenstein:

We represent plaintiff Chanel, Inc. in the above-referenced matter and write with the consent of counsel for defendant The RealReal, Inc. to request that the discovery conference currently scheduled for September 30, 2020 before Your Honor be rescheduled to October 6, 2020 (morning or afternoon is acceptable to the parties).  The reason for the requested adjournment is that September 30, 2020 poses a scheduling conflict for plaintiff's counsel.

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,

Theodore C. Max

**The conference scheduled for September 30, 2020, is adjourned to October 6, 2020, at 2:15 p.m.**

TCM:er
cc:   All Counsel

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**September 23, 2020**

SMRH:4847-9617-2236.1