UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chanel, Inc.,

        Plaintiff,

v.

The RealReal, Inc.,

        Defendant.

**Case No. 1:18-cv-10626-VSB**

# [PROPOSED] ORDER

Upon consideration of Defendant The RealReal, Inc.'s ("Defendant") Motion to Withdraw Rollin A. Ransom and Lauren M. De Lilly as Counsel of Record, the Court finds that good cause has been shown for granting the Motion.

**ACCORDINGLY**, it is hereby

**ORDERED**, that the Motion is GRANTED, and

**FURTHER ORDERED**, that Rollin A. Ransom and Lauren M. De Lilly be withdrawn as Defendant's counsel in this matter.

**SO ORDERED**, this __24th__ day of __September__, 2020.

*[Signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge

1