**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

202 223 7308

WRITER'S DIRECT FACSIMILE

202 379 4217

WRITER'S DIRECT E-MAIL ADDRESS

kdunn@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

October 6, 2020

**By ECF**

The Honorable Vernon S. Broderick
United States District Court
   for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

     Re:    *Chanel, Inc. v. The RealReal, Inc.,* No. 18-cv-10626-VSB (S.D.N.Y.)

Dear Judge Broderick:

     We represent Defendant The RealReal, Inc. in the above-referenced matter. Pursuant to Rule 1.12 of the New York Rules of Professional Conduct, we write to inform the Court that Your Honor's former law clerk, Jason Driscoll, has joined Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") as an associate. We have taken steps to ensure that Mr. Driscoll will not work on the above-referenced matter, which is currently pending before this Court. Mr. Driscoll has been screened from all information and records related to the above-referenced matter, and we will notify, as appropriate, all lawyers and non-lawyer personnel within Paul, Weiss of these restrictions.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Vernon S. Broderick
October 6, 2020
Page 2

        Should Your Honor have any questions, we are available at the Court's convenience.

        Respectfully submitted,

        /s/ *Karen L. Dunn*

        Karen L. Dunn

cc:    Counsel of Record (via ECF)