PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS       NEW YORK, NEW YORK 10019-6064
TELEPHONE  (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7308

WRITER'S DIRECT FACSIMILE
(202) 379-4217

WRITER'S DIRECT E-MAIL ADDRESS
kdunn@paulweiss.com

November 3, 2020

**By ECF**
The Honorable Gabriel W. Gorenstein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: <u>Chanel, Inc. v. The RealReal, Inc.; Civil Action No. 18-cv-10626-VSB-GWG</u>

Dear Judge Gorenstein:

  We represent Defendant TheRealReal, Inc. ("TRR") in the above-referenced matter. Pursuant to the Court's October 30, 2020 order, TRR conferred with Plaintiff Chanel, Inc. ("Chanel") on November 3, 2020 to discuss whether Chanel would stipulate to the filing of TRR's proposed Amended Answer, Affirmative Defenses, and Counterclaims. Chanel took the position that it would not stipulate to such a filing. In light of this position, TRR informed Chanel that it would move this Court for leave to amend its pleading on November 3, 2020.

  Pursuant to your Honor's Individual Rule 2.B, the parties agreed to a briefing schedule as follows:

1. Plaintiff and Proposed Counterclaim-Defendant Chanel's Opposition to Defendant's Motion to Amend will be due on or before November 17, 2020.

2. Defendant and Proposed Counterclaim-Plaintiff TRR's Reply will be on or before November 24, 2020.

          Respectfully yours,

          */s/ Karen L. Dunn*
          Karen L. Dun