# ATTACHMENT 4

We're open in New York City! Sell in store and earn up to $100* - Call us **1-888-737-4132**

**sign in** or **Create Account**

# TheRealReal

NEW ARRIVALS    DESIGNERS    **WOMEN**    MEN    JEWELRY    WATCHES    HOME    KIDS    SALE    GIFTS    SELL WITH US

Search

## Enjoy $25 Off Your First Purchase

**SIGN UP & GET OFFER**

Chanel: All / Women / Handbags / Hobos

**THIS ITEM IS SOLD**     **SEE SIMILAR**     View More



SOLD
Add to wait list

**CHANEL**
Coco Supple Hobo
Est. Retail $3,200.00
**$1,695.00**



**CHANEL**
2019 Small Tweed Gabrielle Hobo
**$3,800.00**



**CHANEL**
Quilted Chain Hobo
**$1,125.00**



**CHANEL**
Large Gabrielle Hobo
**$2,700.00**



📍 Pick Up Curbside: Madison
**CHANEL**
Small Gabrielle Hobo
Est. Retail $4,100.00
**$3,900.00**



We're open in New York City! Sell in store and earn up to $100* - Call us **1-888-737-4132**

**sign in** or **Create Account**

# TheRealReal

| NEW ARRIVALS | DESIGNERS | WOMEN | MEN | JEWELRY | WATCHES | HOME | KIDS | SALE | GIFTS | SELL WITH US | Search |

## Enjoy $25 Off Your First Purchase

**SIGN UP & GET OFFER**

Chanel: All / Women / Handbags / Shoulder Bags

---

**THIS ITEM IS SOLD** | **SEE SIMILAR** | View More



SOLD
Add to wait list

**CHANEL**
Classic Jumbo Double Flap Bag
Est. Retail $5,900.00
$5,200.00



**CHANEL**
Paris-Rome Large Drawstring CC...
Est. Retail $4,900.00
$2,500.00



**CHANEL**
Small Lady Braid Bowler Bag
Est. Retail $1,795.00
$995.00


Pick Up Curbside: SoHo
**CHANEL**
Vintage Patent Quilted Flap Bag
$3,000.00



**CHANEL**
Classic Jumbo Double Flap Bag
Est. Retail $7,100.00
$6,900.00

We're open in New York City! Sell in store and earn up to $100* - Call us **1-888-737-4132**

**sign in** or **Create Account** 



NEW ARRIVALS | DESIGNERS | **WOMEN** | MEN | JEWELRY | WATCHES | HOME | KIDS | SALE | GIFTS | SELL WITH US

Search

## Enjoy $25 Off Your First Purchase

**SIGN UP & GET OFFER**

Chanel: All / Women / Handbags / Totes

---

**THIS ITEM IS SOLD**  **SEE SIMILAR**  View More


SOLD
Add to wait list

**CHANEL**
Chevron Flap Shopping Tote
Est. Retail $2,900.00
**$2,500.00**



**CHANEL**
Quilted Lambskin Sharpei Tote
Est. Retail $2,350.00
**$925.00**



**CHANEL**
Vintage CC Shopping Tote
**$2,200.00**



**CHANEL**
Vintage Maison Cambon Tote
**$945.00**

**CHANEL**
Petit Shopping Tote
Est. Retail $2,400.00
**$2,100.00**

We're open in New York City! Sell in store and earn up to $100* - Call us **1-888-737-4132**

# The RealReal

**sign in** or **Create Account**

| NEW ARRIVALS | DESIGNERS | WOMEN | MEN | JEWELRY | WATCHES | HOME | KIDS | SALE | GIFTS | SELL WITH US | Search |

## Enjoy $25 Off Your First Purchase

**SIGN UP & GET OFFER**

Chanel: All / Women / Handbags / Shoulder Bags

---

**THIS ITEM IS SOLD** | **SEE SIMILAR** | View More



**SOLD**
Add to wait list

**CHANEL**
Classic Jumbo Double Flap Bag
Est. Retail $5,500.00
$4,000.00

**CHANEL**
2020 Small Coco Handle Bag
$4,600.00

**CHANEL**
Boy Leather Wallet On Chain
$2,500.00

📍 Pick Up Curbside: SoHo
**CHANEL**
2019 Small Chevron Boy Bag
Est. Retail $4,500.00
$4,000.00

**CHANEL**
Sport Ligne Messenger Bag
$795.00

We're open in New York City! Sell in store and earn up to $100* - Call us **1-888-737-4132**

# TheRealReal

**sign in** or **Create Account**

| NEW ARRIVALS | DESIGNERS | WOMEN | MEN | JEWELRY | WATCHES | HOME | KIDS | SALE | GIFTS | SELL WITH US |

[Search]

## Enjoy $25 Off Your First Purchase

**SIGN UP & GET OFFER**

Chanel: All / Women / Handbags / Shoulder Bags

---

**THIS ITEM IS SOLD**

**SEE SIMILAR**

View More



**CHANEL**
Jumbo Soft Flap Bag
Est. Retail $4,700.00
**$2,200.00**

SOLD
Add to wait list

**CHANEL**
Lady Braid Flap Bag
**$1,725.00**

**CHANEL**
Vintage Fur Shoulder Bag
Est. Retail $1,890.00
**$1,295.00**

**CHANEL**
Quilted New Clutch
**$3,200.00**

**CHANEL**
Reissue 226 Double Flap Bag
Est. Retail $7,100.00
**$3,500.00**

therealreal.com/products/women/handbags/shoulder-bags/chanel-2017-grained-calfskin-top-handle-flap-bag

We're open in New York City! Sell in store and earn up to $100* - Call us **1-888-737-4132**

**sign in** or **Create Account**



# TheRealReal

| NEW ARRIVALS | DESIGNERS | WOMEN | MEN | JEWELRY | WATCHES | HOME | KIDS | SALE | GIFTS | SELL WITH US | Search |

## Enjoy $25 Off Your First Purchase

**SIGN UP & GET OFFER**

Chanel: All / Women / Handbags / Shoulder Bags

---

**THIS ITEM IS SOLD** | **SEE SIMILAR** | **View More**


**SOLD**
Add to wait list
**CHANEL**
2017 Grained Calfskin Top Handl...
Est. Retail $3,700.00
**$3,100.00**


**CHANEL**
Paris-Rome Large Drawstring CC...
Est. Retail $4,900.00
**$2,500.00**


**CHANEL**
Small Lady Braid Bowler Bag
Est. Retail $1,795.00
**$995.00**

 Pick Up Curbside: SoHo
**CHANEL**
Vintage Patent Quilted Flap Bag
**$3,000.00**


**CHANEL**
Classic Jumbo Double Flap Bag
Est. Retail $7,100.00
**$6,900.00**

