UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chanel, Inc., <br><br>　　　　　　　　*Plaintiff*, <br><br>　　v. <br><br>The RealReal, Inc., <br><br>　　　　　　　　*Defendant*. | **NOTICE OF MOTION TO WITHDRAW APPEARANCE** <br><br> No. 18 Civ. 10626 |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

PLEASE TAKE NOTICE that, upon the accompanying declaration of Yotam Barkai, dated February 5, 2021, and pursuant to Local Civil Rule 1.4, Mr. Barkai respectfully requests the withdrawal of appearance on behalf of Defendant. It is also further requested, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address ybarkai@kaplanhecker.com be removed from the ECF service notification list for this case.

Defendant shall continue to be represented by remaining counsel of record at Paul, Weiss, Rifkind, Wharton & Garrison LLP and King & Spalding LLP.

Dated: February 5, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Yotam Barkai
　　　　　　　　　　　　　　　　　　　　　Yotam Barkai