SHEPPARD MULLIN RICHTER & HAMPTON LLP
Theodore C. Max
Tyler E. Baker
tmax@sheppardmullin.com
tbaker@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112
Telephone: 212-653-8700
Facsimile: 212-653-8701

Dylan I. Ballard (admitted *pro hac vice*)
dballard@sheppardmullin.com
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: 415-434-9100
Facsimile: 415-434-3947

*Attorneys for Plaintiff Chanel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC.,<br><br>　　Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>THE REALREAL, INC.,<br><br>　　Defendant and Counterclaim-Plaintiff. | Civil Action No. 1:18-cv-10626-VSB-GWG<br><br>**NOTICE OF MOTION TO DISMISS COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND STRIKE AFFIRMATIVE DEFENSE PURSUANT TO FED. R. CIV. P. 12(f)**<br><br>*ORAL ARGUMENT REQUESTED* |

**PLEASE TAKE NOTICE THAT**, upon Plaintiff/Counterclaim-Defendant Chanel, Inc.'s ("Chanel") Memorandum of Law in Support of Motion to Dismiss Defendant The RealReal, Inc's ("TRR") Counterclaims and Motion to Strike TRR's Seventh Affirmative Defense of Unclean Hands, Chanel, by and through its undersigned counsel SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP, shall move before the Honorable Vernon S.

Broderick, U.S.D.J., at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 518, New York, New York 10007, on a date and time to be determined by the Court, for an Order dismissing all TRR's counterclaims/allegations and striking TRR's Affirmative Defense Seven of "Unclean Hands" in TRR's First Amended Answer, Affirmative Defenses, and Counterclaims, filed on February 25, 2021 [ECF No. 120], pursuant to Rule 12(b)(6) and Rule 12(f) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's individual practices and Local Rule 6.1(b), TRR's opposition papers to Chanel's motions, if any, are to be served on the undersigned on or before April 1, 2021, and Chanel's reply papers shall be served within seven days after service of any answering papers, subject to any modification of that schedule approved by the Court.

Dated: March 18, 2021
New York, New York

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

/s/ *Theodore C. Max*
Theodore C. Max
Tyler E. Baker
Thomas M. Monahan
30 Rockefeller Plaza
New York, New York 10112
Telephone: 212-653-8700
Facsimile: 212-653-8701

Dylan I. Ballard (admitted *pro hac vice*)
dballard@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

*Attorneys for Plaintiff/Counterclaim-Defendant Chanel, Inc.*