UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHANEL, INC.                                               :

                                                           : ORDER
                    Plaintiffs,

                                                           : 18 Civ. 10626 (VSB) (GWG)
     -v.-

                                                           :
THE REALREAL, INC.,
                                                           :

                    Defendants.                            :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     With regard to Docket ## 175 and 176, the process is better for everyone if a full conversation can be had on all outstanding issues before a party sends the Court a letter. Please try consulting again — and by telephone, not email, as much as possible.

     Accordingly, the application in Docket # 175 is denied without prejudice to another effort to comply with paragraph 2.A of the Court's Individual Practices. The Court would be much happier with a joint letter that lists each issue and each side's position – but compliance with 2.A is sufficient.

     Certainly, the consultation process should not be unnecessarily drawn out. The Court would expect that a week or two would be more than sufficient to have a full consultation, though appropriate accommodation should be made for health-related impediments.

     SO ORDERED.

Dated: January 3, 2022
       New York, New York

                                                                             GABRIEL W. GORENSTEIN
                                                                             United States Magistrate Judge