Case 1:18-cv-10626-VSB-GWG Document 198 Filed 02/28/22 Page 1 of 12

**FILED UNDER SEAL IN ACCORDANCE WITH STIPULATED PROTECTIVE ORDER, ECF NO. 102**
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY AND NOT FOR PUBLIC DISCLOSURE**

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Theodore C. Max
Tyler E. Baker
tmax@sheppardmullin.com
tbaker@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112
Telephone: 212-653-8700
Facsimile: 212-653-8701

Dylan I. Ballard (admitted *pro hac vice*)
dballard@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

WINSTON & STRAWN LLP
Jeffrey L. Kessler
Sofia R. Arguello
jkessler@winston.com
sarguello@winston.com
200 Park Avenue
New York, New York 10166
Telephone: 917-767-3975
Facsimile: 212-294-4700

*Attorneys for Plaintiff/Counterclaim-Defendant Chanel, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHANEL, INC.,<br><br>      Plaintiff and Counterclaim-Defendant,<br><br>   v.<br><br>THE REALREAL, INC.,<br><br>      Defendant and Counterclaim-Plaintiff. | Civil Action No. 1:18-cv-10626-VSB-GWG<br><br>**FILED UNDER SEAL**<br><br>**DECLARATION OF ROBIN GRUBER IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF PRIVILEGED DOCUMENTS PROPERLY "CLAWED BACK"** |

I, Robin Gruber, declare as follows:

1.     I am the Global Head of Anti-Diversion at Chanel and also am responsible for managing the global intellectual property legal enforcement with regard to CHANEL-branded goods sold outside of Chanel's authorized distribution channels.

**FILED UNDER SEAL IN ACCORDANCE WITH STIPULATED PROTECTIVE ORDER, ECF NO. 102
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY AND NOT FOR PUBLIC DISCLOSURE**

2.　　In my capacity as Chanel's Global Head of Anti-Diversion, I am responsible, in part, for Chanel's trademark and anti-counterfeiting efforts in the United States and throughout the world.  As a result, I have knowledge of the facts set forth herein regarding the above-captioned matter, *Chanel, Inc. v. The RealReal, Inc.,* 1-18-cv-10626-VSB-GWG (the "Action"), and if called upon as a witness to testify in this matter, would and could do so competently.

**Chanel Protects Its Valuable and Famous Trademarks and Brand Through Strict and Careful Quality Control, Exclusive Distribution and Vigilant Enforcement**

3.　　The world famous Chanel fashion house was originally founded in 1913 in Paris, France by Gabrielle ("Coco") Chanel and has been an iconic leader in fashion design selling couture and pret-a-porter apparel, famous fragrance and beauty products, and luxury accessories, including footwear, eyewear, handbags and small leather goods, watches and jewelry bearing the famous "CHANEL" trademarks.  CHANEL-branded designs are manufactured to exacting specifications from the finest materials, and prior to sale and selective and exclusive distribution to the public are inspected by Chanel to ensure quality control and careful adherence to Chanel's specifications and quality standards represented by Chanel's trademarks.  Goods that do not meet these standards will not be authorized for sale by Chanel or sold by Chanel or any  authorized retailer to the public as genuine handbags bearing the CHANEL trademarks.  CHANEL-branded products can only be found at exclusive retail locations and CHANEL-branded accessories and small leather goods are not sold through online retail locations.  Chanel sells hundreds of millions of dollars of products annually through its own retail stores and through certain specially-authorized exclusive retail stores which sell luxury designs to the public.

4.　　Chanel carefully protects its intellectual property, including the valuable CHANEL trademark and "CC" logos, and its right to control the quality of the goods manufactured and sold under its trademark and the points of distribution and the consumer

**FILED UNDER SEAL IN ACCORDANCE WITH STIPULATED PROTECTIVE ORDER, ECF NO. 102**
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY AND NOT FOR PUBLIC DISCLOSURE**

purchasing experience.  If CHANEL-branded goods are sold outside of Chanel's authorized channels of trade, this deprives Chanel's of its right to control the quality and distribution of the CHANEL-branded products and provide its consumers with the exclusive Chanel brand experience.  In addition, based upon my experience, diverted CHANEL-branded goods also are sometimes sold with counterfeit CHANEL-branded goods.  Where a seller advertises or misrepresents the quality, source or authenticity of CHANEL-branded goods, this violates Chanel's trademarks. Similarly, where CHANEL-branded goods are sold without Chanel's authorized first sale or which use Chanel's trademarks without permission, this also infringes Chanel's rights.

5.    As Global Head of Anti-Diversion, I have directed actions of Chanel's in-house legal team and outside counsel to stop diversion of CHANEL-branded products and counterfeiting of Chanel trademarks.  ██████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ██████████████████████  Toward this end, Chanel has over the years taken legal action against counterfeiters and illegal distributors of counterfeit or unauthorized CHANEL-branded goods where information gathered by Chanel or its investigators indicates that the item being sold or advertised was counterfeit or unauthorized.

6.    In my role as Global Head of Anti-Diversion, I am asked to investigate and consulted from time to time by Chanel management about whether certain actions by sellers or resellers of CHANEL-branded products are legally permitted and whether unauthorized or

**FILED UNDER SEAL IN ACCORDANCE WITH STIPULATED PROTECTIVE ORDER, ECF NO. 102**
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY AND NOT FOR PUBLIC DISCLOSURE**

counterfeit goods are being advertised and/or sold. In this role, ████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████

7. Chanel has taken legal steps to stop product diversion and counterfeiting and false advertising for decades. Product diversion is distinguished from sales of secondhand products by the fact that diverted products are CHANEL-branded products that have been sold but not used whereas secondhand products are products that have been used by the consumer and then are being resold.[1] Counterfeit products are CHANEL-branded products that have not been sold by Chanel and are not genuine.

**Chanel's Investigations In Support of Legal Actions**

*__Chanel, Inc. v. The RealReal, Inc.__*

8. ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

---

[1] The secondary market for CHANEL-branded goods has grown over the past decades with the expansion of the online marketplace and, in addition to and separate from enforcing its intellectual property rights, ████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

FILED UNDER SEAL IN ACCORDANCE WITH STIPULATED PROTECTIVE ORDER, ECF NO. 102
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY AND NOT FOR PUBLIC DISCLOSURE

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████

9.    At about the same time in 2015, Charles Heilbronn,[2] ████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████ █

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████Correspondence between Mr.

Heilbronn and me reflecting his requests for legal advice and my responses have been designated

as Exhibits 3 and 4 of the Joint Discovery Letter.

_____

[2] ████████████████████████████████████████████████████████

**FILED UNDER SEAL IN ACCORDANCE WITH STIPULATED PROTECTIVE ORDER, ECF NO. 102**
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY AND NOT FOR PUBLIC DISCLOSURE**

10.     Given TRR's aggressive response to Chanel's alerting TRR to the fact that TRR was selling stolen CHANEL-branded goods and that TRR was misrepresenting its authentication capabilities and the qualifications of its authenticators, ██████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████       ██████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████

11.     ██████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████

---

[3] It is now known that, weeks before TRR's counsel made this statement, ██████████████████████████

██████████████████████████████ (TRR_Chanel000022835).

**FILED UNDER SEAL IN ACCORDANCE WITH STIPULATED PROTECTIVE ORDER, ECF NO. 102**
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY AND NOT FOR PUBLIC DISCLOSURE**

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████ Exhibit 1 reflects my emails

██████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████ █

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████

12.     Chanel thereafter ████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████ Exhibits 2-4 reflect correspondence ████████████████████████

████████████████████████████████

**FILED UNDER SEAL IN ACCORDANCE WITH STIPULATED PROTECTIVE ORDER, ECF NO. 102**
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY AND NOT FOR PUBLIC DISCLOSURE**

13. ███████████████████████████████████████████

██████████████ Exhibit 9 reflects ██████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████

14. Before and after the Action was commenced, I communicated with Mr.

Heilbronn regarding █████████████████████████████████

██████████████████████████████████ As part of my

communication, I provided █████████████████████████

████████████ Exhibit 8 reflects ████████████████████

███████████████████████████████████████████████

██████████████████████████ Exhibits 21-23 reflect █████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████

15. During the pendency of the Action, I have received a number of emails from

different Chanel employees ████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████████

FILED UNDER SEAL IN ACCORDANCE WITH STIPULATED PROTECTIVE ORDER, ECF NO. 102
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY AND NOT FOR PUBLIC DISCLOSURE

████████████████████████████████████████████████████████████████████

(Exhibit 20).  The emails designated as Exhibits 24-29 reflect ███████████████████████

██████████████████████████████████████████████████████████████████

█████████████████████████████████████

***Chanel, Inc. v.*** ████████████████

16.      In December 2015, ████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████ Exhibits 5, 6 and 7 reflect correspondence

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████ I am advised that Chanel, after completing this investigation,

████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████

***Chanel, Inc. v.*** ████████████████████

17.      In September 2020, ███████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████ Exhibits 10-16 reflect ████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████ After

**FILED UNDER SEAL IN ACCORDANCE WITH STIPULATED PROTECTIVE ORDER, ECF NO. 102**
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY AND NOT FOR PUBLIC DISCLOSURE**

███████████████████████████████████████████████████

███████████████████████████████

***Chanel, Inc. v. Only Authentics LLC***

18.     In May 2014, Chanel ████████████████████████████████

████████████████████████████ Exhibits 32-35 reflect ██████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████ Chanel then commenced a legal action in 2014.

*Chanel, Inc. v. Only Authentics LLC et al.*, 1:2014-cv-05090 (S.D.N.Y.).

**Documents Related to Chanel's In-House Legal Department's Anti-Diversion**

19.     █████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████

20.     ██████████████████████████████████

███████████████████████████████████████████████

██████████████ Exhibits 17, 18 and 19[4] █████████████████████████ -

---

[4] These documents are different from Exhibits A-D attached to the Declaration of Leigh M. Nathanson in support of its Motion to Compel disclosure of certain documents Chanel has properly clawed back.  While Exhibits A-D are also

FILED UNDER SEAL IN ACCORDANCE WITH STIPULATED PROTECTIVE ORDER, ECF NO. 102
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY AND NOT FOR PUBLIC DISCLOSURE

██████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████ This document is

marked: "Strictly confidential - CHANEL for internal use only."  Exhibits 30-31 reflect ████

██████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

21.    As part of my role as Global Head of Anti-Diversion, ███████████████

████████████████████████████████████████████████████████ Exhibits

50 and 51 concern ████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████████████████

**Chanel's Online Takedown Efforts and Work Product**

22.    ████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

---

internal Chanel reports, ███████████████████████████████████████████

████████████████████████████████ However, as can be seen from the contents

of Exhibits A-D, ████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████

**FILED UNDER SEAL IN ACCORDANCE WITH STIPULATED PROTECTIVE ORDER, ECF NO. 102**
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY AND NOT FOR PUBLIC DISCLOSURE**

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████ . Exhibits 36-49 reflect ████████████████████

███████████████████████████████████████████ .

23.     Similarly, Exhibits 40, 42, 46 contain ███████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████ This

data ███████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed on this 25th day of February, 2022 at New York,  New York.

DocuSigned by:

*Robin Gruber*

—402CC253A09047B...

Robin Gruber