UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHANEL, INC                                      :

                                                 :      <u>ORDER</u>
                          Plaintiff,
                                                 :      18 Civ. 10626 (VSB) (GWG)
            -v.-
                                                 :

THE REALREAL, INC.                               :

                                                 :
                          Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        The discovery conference to resolve the matters raised in Docket # 180 is adjourned from
Wednesday, March 9, 2022 to <u>Thursday, March 10, 2022 at 4:00 p.m.</u>   Each attorney or
unrepresented party is directed to ensure that all other attorneys on the case are aware of the new
date and time. The same dial-in instructions apply. The parties should be prepared to address the
pending motion for a stay in the event the Court chooses to hear argument on that motion at the
conference.

        SO ORDERED.

Dated:  March 2, 2022
        New York, New York

                                                 _____
                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge