UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHANEL, INC.,                                    :

                                                 :       ORDER
                          Plaintiff,                     18 Civ. 10626 (VSB) (GWG)

                                                 :

        -v.-
                                                 :

THE REALREAL, INC.,
                                                 :

                          Defendant.             :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

         The Court issues this Order with respect to Docket ## 158, 180, 165, 173, 178, and 179.

         For the reasons stated on the record during the telephonic discovery conference held on
March 10, 2022 (the "March 10 conference"), the Court grants Chanel's motion to stay discovery
on defendant's counterclaims and unclean hands defense (Docket # 158).

         With regard to Docket # 180, the applications contained therein (with the exception of the
privilege dispute that is being briefed separately) are granted in part and denied in part as stated
on the record during the March 10 conference.

         Finally, the Court grants the motions to seal filed as Docket ## 165, 173, 178, and 179,
because the material for which sealing is sought constitutes confidential business information
and its public disclosure "could harm [the moving party's] competitive position or reveal a trade
secret."  Ramirez v. Temin & Co., 2020 WL 6781222, at *3 (S.D.N.Y. Nov. 18, 2020).

         SO ORDERED.

Dated: March 10, 2022
       New York, New York

                                                 _____
                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge