UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHANEL, INC.,                                              :

                                                        :      ORDER
          Plaintiff,                              18 Civ. 10626 (VSB) (GWG)
                                                        :

   -v.-                                                            :

THE REALREAL, INC.,                                  :

          Defendant.                      :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       The parties are directed to confer regarding which, if any, documents identified in The RealReal Inc.'s motion to compel (Docket # 184) are subject to the discovery stay ordered by the Court on March 10, 2022.[1]  The parties shall file a jointly-composed letter that identifies by Bates-number any documents subject to the stay.  If the parties cannot agree, the parties' letter should state each side's position.

       It would be helpful to the Court if the letter were filed by March 29, 2022.  But if that date is not convenient, the parties may instead file a letter by March 29, 2022, stating when they intend to file the requested letter.

       SO ORDERED.

Dated: March 25, 2022
       New York, New York

                                                     _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge

---

[1] It is the Court's intention to make no ruling at this time on any documents subject to the stay.