UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHANEL, INC.                                                 :

                                                  :      ORDER
                    Plaintiff,

                                                  :      18 Civ. 10626 (VSB) (GWG)
   -v.-
                                                  :

THE REALREAL, INC.                                           :

                                                  :
                  Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      For the reasons stated on the record yesterday, the motion to compel (Docket # 184) is granted in part and denied in part. Also, the Court issues this order <u>nunc</u> <u>pro</u> <u>tunc</u> to grant the motions to seal (Docket ## 183, 193, 201 and 215) inasmuch as the filings refer to documents for which a claim of privilege was being made at the time of filing.

      SO ORDERED.

Dated: April 22, 2022
       New York, New York

                                                 _____
                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge