UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHANEL, INC.                                       :
                                                   :      ORDER
                    Plaintiff,                     :
                                                   :      18 Civ. 10626 (VSB) (GWG)
     -v.-                                          :
                                                   :
THE REALREAL, INC.                                 :
                                                   :
                    Defendant.                     :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    Oral argument on the pending motion for reconsideration (Docket # 223) will take place on September 20, 2022, at 11:00 a.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.

    This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the argument may begin on time.

    Counsel and any other attendees are expected to comply with any COVID-related restrictions on entry into the Courthouse as set forth in the protocols posted on the Court's website: https://www.nysd.uscourts.gov/covid-19-coronavirus. If appearing in person represents a hardship to any party, that person may file a letter seeking leave to appear remotely.

    Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

    SO ORDERED.

Dated: September 6, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge