```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHANEL, INC.                                    :

                Plaintiff,                      :    ORDER

        -v.-                                    :
                                                     18 Civ 10626 (VSB) (GWG)
THE REALREAL, INC.                              :

                Defendant.                      :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

For the reasons stated today on the record, the motion for reconsideration (Docket # 223) is denied. The motions to seal (## 222, 228, and 230) are granted inasmuch as they seek to seal confidential business information and/or potentially privileged material.

SO ORDERED.

Dated: September 20, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge