UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHANEL, INC.                                    :

             Plaintiff,                    :        ORDER

  -v.-                                          :
                                                              18 Civ. 10626 (VSB) (GWG)
THE REALREAL, INC.                              :

            Defendant.                    :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The applications to seal, Docket # 251, 257, 263, are granted in light of the representation that the redacted material consists of confidential business information and the fact that only a modest showing need be made with respect to the sealing of matters relating to discovery disputes. See In re New York City Policing During Summer 2020 Demonstrations, 2022 WL 7886182, at *2 (S.D.N.Y. Oct. 14, 2022).

      The Clerk is directed to terminate the motions docketed as ## 265 and 268 as moot.

      SO ORDERED.

Dated: October 26, 2022
       New York, New York

                                                           GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge