UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHANEL, INC.                                              :

              Plaintiff,          :     ORDER

   -v.-                                                         :
                                                                   18 Civ. 10626 (VSB) (GWG)
THE REALREAL, INC.,                                :

             Defendant.        :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The motions to seal (# 274 and 286) are granted in light of the sensitive business information at issue and the low presumption of access afforded material submitted as part of discovery disputes.

SO ORDERED.

Dated: February 2, 2023
       New York, New York

                                                            _____
                                                            GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge