UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CHANEL, INC.,                                          :

                    Plaintiff,          :          ORDER

     -against-                          :          18 Civ. 10626 (VSB) (GWG)

THE REALREAL, INC.,                     :

                    Defendant.          :
-------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        The parties (either plaintiff or the parties jointly) have applied to maintain the sealing of
Docket ## 281, 282, 294, & 299, and retain the redacted versions of those documents (Docket ##
283, 284, 295, & 298-1), as well as to allow the related attachments to remain under seal.  See
Docket ## 280, 293, 297 & 303.  All of the documents were filed in connection with discovery
disputes.  We have delineated the governing standard for motions of this sort in In re New York
City Policing During Summer 2020 Demonstrations, 2022 WL 7886182 (S.D.N.Y. Oct. 14,
2022).  Although the parties argue that these are not judicial documents, in applying the
applicable three-part test here, we will assume arguendo that they are.  A presumption of access
attaches to judicial documents.  However, in discovery disputes the weight of the presumption is
not strong.  Id. at *2.  As countervailing considerations against this low weight, defendants have
outlined a number of reasons that carry some force regarding the benefit of not having the
documents revealed publicly (at least at this time).  See Docket # 280 at 1; Docket # 297 at 1-2;
Docket # 303 at 1.  Because the presumption of access in the context of discovery is low and
because defendants have identified rational concerns counseling against disclosure, including
their interest in protecting confidential, proprietary, and sensitive business information regarding
the two companies' internal operations, we find that the parties have carried their burden in favor
of sealing.  Thus, the parties' applications to seal (Docket ## 280, 293, 297 and 303) are granted.

        SO ORDERED.

Dated: March 9, 2023
        New York, New York

                                        _____
                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge