UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CHANEL, INC.,                                         :

               Plaintiff,        :        ORDER

    -against-                                          :        18 Civ. 10626 (VSB) (GWG)

THE REALREAL, INC.,                              :

               Defendant.       :
-------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      It was the Court's hope that the parties would try to put the disputes raised in Docket ## 287 and 298 into a form that could be easily adjudicated. A quick glance at the latest filing suggests that it unnecessarily gives the history of disputes and expects the Court to familiarize itself with parts (or perhaps all) of Docket ## 287 and 298. Also, the Court is put into the difficult position of trying to match up disputes with each side's past and current views.

      The Court will no longer consider Docket ## 287, 298 or the latest filing, Docket # 328. Instead, the parties shall file a jointly-composed letter that lists each issue and as to that issue gives each side's position. List only the issues remaining in dispute. This letter will completely supersede Docket ## 287, 298 and 328. After the opposing party's response is supplied, the parties are encouraged to re-draft text in order to home in on the critical points. Please note that the Court has no interest in hearing about the history of any dispute unless it is directly relevant to its resolution. So, try to focus on the essentials.

      The parties shall file the letter by March 31, 2023 (unless they agree otherwise and the agreement is disclosed to the Court in a letter). There is no need to re-file any previously-filed exhibits even though the Court is not considering the accompanying letters. Any exhibits may be referred by docket and exhibit number.

      SO ORDERED.

Dated:  March 22, 2023
           New York, New York

                                                       GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge