UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                :
CHANEL, INC.                                                    :
                                                                :
                    Plaintiff,                                  :           ORDER
                                                                :
          -v.-                                                  :
                                                                :           18 Civ. 10626 (VSB) (GWG)
                                                                :
THE REALREAL, INC.                                              :
                                                                :
                    Defendant.                                  :
-----------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

    A conference to discuss the discovery dispute raised in Docket ## 310, 319, 337, and 339 will take place on May 15, 2023 at 10:30 a.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York. It is the Court's intention to decide the dispute based on the parties' letters unless a party files a letter in advance of the conference showing good cause why formal briefing should be required. The parties should not conduct the deposition of any witness to the extent that the resolution of the discovery disputes, and any order to produce documents in the future, would affect a party's ability to question that witness at a deposition.

    This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin on time.

    Each attorney is directed to ensure that all other attorneys are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

    SO ORDERED.

Dated: April 28, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge