**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Theodore C. Max
212.653.8702 direct
tmax@sheppardmullin.com

March 29, 2024

**By ECF**
The Honorable Gabriel W. Gorenstein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   **Chanel, Inc. v. The RealReal, Inc.; Civil Action No. 18-cv-10626-VSB-GWG**

Dear Judge Gorenstein:

This law firm represents plaintiff Chanel, Inc. ("Chanel") in the above-referenced matter, and we write on behalf of Chanel and defendant The RealReal, Inc. ("TRR") pursuant to the Court's December 13, 2023 Order directing that "[t]he parties shall provide an update on the status of the mediation . . .  every 21 days" following March 8, 2024.  Dkt. No. 347.

Since the parties' last joint correspondence to the Court earlier this month [Dkt No. 348], Chanel and its representatives have prepared and sent a response to TRR's last counterproposal with a request for further information and documentation in order to better inform Chanel and help progress settlement discussions.  The parties additionally have been in further communication with Theo Cheng, the selected mediator, and have identified and are holding April 17 and 18 for further mediation.  Mr. Cheng also will continue to employ shuttle diplomacy in advance of such mediation session.

The parties respectfully thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Theodore C. Max*

Theodore C. Max

TCM:mo
cc: Counsel of Record

\