UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHANEL, INC., :
: 
: ORDER
      Plaintiff,     18 Civ. 10626 (VSB)(GWG)
:
-v.- 
:
THE REALREAL, INC.,
:
      Defendant. :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     A pre-trial conference in this matter is scheduled for Tuesday, October 14, 2025, at 4:00 p.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York, 10007. All parties should be prepared to report to the Court on the status of the case.

     This conference is the only matter scheduled for this date and time. The parties must plan to arrive early so as to ensure that the conference begins on time.

     Upon receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time. Any adjournment may be sought in accordance with paragraph 1.F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     SO ORDERED.

Dated: October 7, 2025
       New York, New York

                                                            GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge