

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Theodore C. Max
212.653.8702 direct
tmax@sheppardmullin.com

October 28, 2025

**By ECF**
The Honorable Gabriel W. Gorenstein
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:   **Chanel, Inc. v. The RealReal, Inc., Civil Action No. 18-cv-10626-VSB-GWG**

Dear Judge Gorenstein:

    This law firm represents plaintiff Chanel, Inc. ("Chanel") in the above-referenced matter, and we write jointly with defendant The RealReal, Inc. ("TRR") to advise the Court that the parties respond affirmatively to the question that Your Honor posed at the last conference and are working together to propose available dates for the next meeting of the parties before the Court within the next week.

    The parties respectfully thank the Court for its assistance in this matter.

                              Respectfully submitted,

                              */s/ Theodore C. Max*

                              Theodore C. Max

TCM:mo
cc: Counsel of Record

SMRH:4923-1205-1061.1