UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chanel, Inc., <br><br> v. <br><br> The RealReal, Inc. | Case No. 18-cv-10626 |

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, attorney Samantha Fry, of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), moves to withdraw as an attorney for Defendant The RealReal, Inc. in the above-captioned matter, on the grounds that she is leaving her employment with Paul, Weiss.

Paul, Weiss and King & Spalding LLP, by and through the remaining attorneys of record identified on ECF, have and will continue to represent the Defendant in this matter and no party will be prejudiced if this Motion is granted.

The undersigned does not assert a retaining or charging lien.

WHEREFORE, the undersigned counsel respectfully requests that this Court permit Samantha Fry to withdraw as counsel for the Defendant in this matter.

1

Dated: New York, NY
November 20, 2025

                                           PAUL, WEISS, RIFKIND, WHARTON
                                              & GARRISON LLP

*/s/ Samantha C. Fry*
Samantha C. Fry
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3908
Fax: (646) 786-4203
sfry@paulweiss.com

*Counsel for Defendant The RealReal, Inc.*