**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

MEMORANDUM ENDORSED

Theodore C. Max
212.653.8702 direct
tmax@sheppardmullin.com

November 21, 2025

**By ECF**
The Honorable Gabriel W. Gorenstein
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:   **Chanel, Inc. v. The RealReal, Inc., Civil Action No. 18-cv-10626-VSB-GWG**

Dear Judge Gorenstein:

This law firm represents plaintiff Chanel, Inc. ("Chanel") in the above-referenced matter, and we write pursuant to the Standing Order Applicable to Settlement Conferences Before Judge Gorenstein, Paragraph 8 to request that the date of the mediation scheduled for December 5, 2025 be adjourned *sine die*.

Chanel makes this request so that Chanel can have all necessary decision makers present and fully participate at the mediation and unfortunately a scheduling conflict has arisen for December 5, 2025. The remainder of December and early January are problematic in terms of scheduling due to conflicts. The approximate time period in 2026 when counsel and representatives of Chanel are available for the mediation conference is after January 21, 2026 and before February 27, 2026, excluding February 13-20, 2026.

We are advised by counsel for The RealReal, Inc. ("TRR") that, given that this has come up today, TRR has not had the opportunity to coordinate with all relevant TRR stakeholders regarding Chanel's request in the few hours TRR was provided and will provide its availability to the Court next week.

Chanel respectfully thanks the Court for its assistance in this matter.

Respectfully submitted,

*/s/ Theodore C. Max*

Theodore C. Max

TCM:mo
cc: Counsel of Record

The settlement conference scheduled for December 5, 2025, is adjourned sine die.  The parties shall consult with each other and then write a letter to the Court that supplies a list of all dates of availability.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

November 24, 2025