| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | **MEMORANDUM ENDORSED** |

Chanel, Inc.,

      Plaintiff and Counterclaim-Defendant,

v.

The RealReal, Inc.,

      Defendant and Counterclaim-Plaintiff.

Civil Action No. 1:18-cv-10626-VSB-GWG

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Matthew Patrick Merlo moves this Court to withdraw as counsel for The RealReal, Inc., in the above-captioned action and in compliance with Local Rule 1.4. Paul, Weiss, Rifkind, Wharton & Garrison LLP and King & Spalding LLP will continue representing The RealReal, Inc.

Dated: New York, New York

December 19, 2025

/s/ Matthew Patrick Merlo
Matthew Patrick Merlo
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel. (212) 373-3848
mmerlo@paulweiss.com

*Counsel for Defendant and Counterclaim-Plaintiff THE REALREAL, INC.*

Application to withdraw granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 22, 2025

-1-