UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHANEL, INC.,                                           :

                                                        :        ORDER
                              Plaintiff,                         18 Civ. 10626 (VSB)(GWG)
                                                        :

     -v.-
                                                        :

THE REALREAL, INC.,                                     :

                                                        :

                              Defendant.                :
-------------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        The stay of discovery (Docket # 345) is vacated.

        With respect to any outstanding discovery disputes, the Court directs the parties to
consult again on such disputes de novo.   To the extent the parties cannot resolve the dispute in
their conferral, any aggrieved party may file a letter compliant with paragraph 2.A of the Court's
Individual Practices.   In any letters filed pursuant to that paragraph, the parties shall not assume
that the Court recalls any prior disputes or rulings.   Rather, the letter shall describe in full all
facts relevant to the request for relief.

        Any initial letters regarding existing disputes shall be filed by April 17, 2026.   Within 7
days of the resolution of those disputes (or by April 24, 2026 if no disputes are presented), the
parties shall file a joint letter that provides the parties' proposal (or proposals) for the remaining
discovery and other deadlines in this case.

        SO ORDERED.

Dated:  March 5, 2026
        New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge