UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                    :
CHANEL, INC.,                                       :
                                                    :
                              Plaintiff,            :
                                                    :                18-CV-10626 (VSB)
              -against-                             :
                                                    :                **ORDER**
THE REALREAL, INC.,                                 :
                                                    :
                              Defendant.            :
                                                    :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        This case has been stayed since July 20, 2024 while the parties attempted to resolve this

matter.  (Doc. 345.)  On March 6, 2026, Magistrate Judge Gabriel W. Gorenstein entered an

Order vacating the stay as the parties were unsuccessful in reaching agreement.  (Doc. 411.)

Currently pending before me is Plaintiff's motion to dismiss Defendant's counterclaims.  (Docs.

136–38.)  Each party, if it so chooses, may file a short supplemental letter brief of no more than

five pages addressing any intervening changes in case law since the briefing on this motion that

would affect my decision.  These letter briefs shall be filed by March 13, 2026.

SO ORDERED.

Dated:  March 6, 2026
        New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge