UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHANEL, INC.,                                              :

                                                          :        ORDER
              Plaintiff,                                            18 Civ. 10626 (VSB)(GWG)
                                                          :

     -v.-

                                                          :

THE REALREAL, INC.,

                                                          :

              Defendant.                                  :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       In light of the fact that the parties have been directed to re-file any applications relating to discovery (Docket # 411), all pending discovery applications are moot.

       As a result, the Clerk is directed to terminate the pending motions to seal (Docket # 317, 322, 326 and 336) as moot.   This Order does not alter the sealed status of the underlying documents to which these motions relate.

       SO ORDERED.

Dated: March 27, 2026
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge