UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHANEL, INC.,                                                  :

              Plaintiff,                           :        ORDER
   -v.-
                                 :        18 Civ. 10626 (VSB) (GWG)

THE REALREAL, INC.,                                           :

              Defendant.                           :
----------------------------------------------------------------X
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A video conference to discuss the discovery disputes raised in Docket ## 480 and 481 will take place on Wednesday, July 15, 2026, at 3:30 p.m. It is the Court's intention to decide the disputes based on the parties' letters unless a party shows good cause in advance of the conference why formal briefing should be required.

      The Court will provide the video login information (through the Teams platform) by email to counsel at least three business days before the conference.   The public may listen to the conference by dialing 646-453-4442   and using access code: 908 887 499#.

      The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.   However, any other recording or dissemination of the proceeding in any form is forbidden.

      Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time.   The parties should follow paragraph 1. F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein) for any request for an adjournment.

      SO ORDERED.

Dated: July 9, 2026
     New York, New York

                                        _____
                                   GABRIEL W. GORENSTEIN
                                   United States Magistrate Judge