faegre drinker

faegredrinker.com

**Jared B. Briant**
Partner
jared.briant@faegredrinker.com
+1 303 607 3588 direct

**Faegre Drinker Biddle & Reath LLP**
1144 15th Street, Suite 3400
Denver, Colorado 80202
+1 303 607 3500 main
+1 303 607 3600 fax

MEMORANDUM ENDORSED

**VIA ECF**

July 14, 2026

The Honorable Gabriel W. Gorenstein
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 519
New York, NY 10007

Re: *Chanel, Inc. v. The RealReal, Inc.*, Case No. 18-cv-10626-VSB-GWG

Dear Judge Gorenstein:

We represent the Defendant The RealReal, Inc. ("TRR") and we write jointly with Plaintiff Chanel, Inc. ("Chanel") (together, the "Parties") pursuant to Section 1.F of Your Honor's Individual Rules of Practice in Civil Cases to seek an adjournment of the discovery conference currently scheduled for Wednesday, July 15 at 3:30pm ET (ECF No. 490).

With the benefit of the responsive letter briefing, the Parties have had further discussions and believe that they will be able to further narrow the issues presented to the Court with a brief extension of the July 15, 2026 discovery conference date to allow for additional conferences between the parties. Accordingly, the parties respectfully request that the Court adjourn the July 15, 2026 discovery conference and grant the parties an additional two-week period during which to further work to narrow the discovery disputes to be presented to the Court. The Parties will then submit a single, joint letter outlining the narrowed, remaining issues for the Court at least 3 business days in advance of the rescheduled discovery conference.

Pursuant to Section 1.F of Your Honor's Individual Rules, the Parties contacted the Deputy Clerk to determine an alternative date for which the Court is available for a rescheduled court appearance. The Parties respectfully request that the Court reschedule the Zoom discovery conference for **Friday, July 31, 2026** in the afternoon.

The Parties thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Theodore C. Max*
Theodore C. Max

*Attorneys for Plaintiff Chanel, Inc.*

*/s/ Jared B. Briant*
Jared B. Briant

*Attorneys for Defendant The RealReal, Inc.*

Conference adjourned to July 31, 2026, at 11:00 a.m. The TEAMS link information remains the same as in Docket # 489 and as emailed to the parties. The parties shall file a jointly composed letter by July 29, 2026, that describes all discovery disputes and contains both sides' positions as to each dispute.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

July 14, 2026