LAW OFFICES OF SMGPA
401 East Las Olas Boulevard
Suite 130-453
Fort Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

Theodore C. Max
917-302-4691 direct
TedMax@smgpa.cloud

July 29, 2026

**By ECF**
The Honorable Gabriel W. Gorenstein
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 519
New York, NY 10007

      Re:     <u>Chanel, Inc. v. The RealReal, Inc., Civil Action No. 18-cv-10626-VSB-GWG</u>

Dear Judge Gorenstein:

This law firm represents plaintiff Chanel, Inc. ("Chanel") in the above-referenced matter. Pursuant to Your Honor's Individual Practices Rule 2.E, we write to respectfully request that this Court permit defendant The RealReal, Inc. ("TRR") and Chanel to file under seal certain exhibits to the parties' joint letter regarding discovery issues (the "Joint Discovery Filing") filed today.

In the Joint Discovery Letter, Chanel references and includes two documents (included as Exhibits C and D to the Joint Discovery Letter) produced by TRR that have been designated by TRR as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order filed in this matter. ECF No. 102. TRR avers that Exhibits C and D of the Joint Discovery Letter contain confidential, proprietary, and sensitive business information not available to the public. Documents may be sealed if "competing considerations" and "countervailing factors" overcome the common law presumption of public access and weigh in favor of closure of such documents. *See United States v. Am. Univ. of Beirut*, 718 F. App'x 80, 82 (2d Cir. 2018); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-24 (2d Cir. 2006) ("[d]ocuments may be sealed if specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest.").

TRR will write separately to provide its justifications for the proposed sealing of the documents in accordance with the Individual Practices. Chanel will file redacted versions of the above-referenced documents on the public docket and will provide courtesy copies of the unredacted versions to the Court and to all counsel of record in this matter.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

/Theodore C. Max/

Theodore C. Max

cc: Counsel of Record