UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CHANEL, INC., :

Plaintiff, : ORDER

-v.-

: 18 Civ. 10626 (VSB) (GWG)

THE REALREAL, INC.,

:

Defendant.

---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

This Order addresses two outstanding matters:

(1) Defendant has failed to make the sealing application as set forth in Docket # 496. Such application was due on August 6, 2026, per paragraph 2.F of the Court's Individual Practices because defendant was the party who designated the material at issue --- Exhibits C and D to Docket # 497 --- as confidential. The Court will sua sponte extend this deadline to August 26, 2026. If no application is made by defendant by that date, the exhibits will be unsealed.

(2) Per Docket # 411, the parties were to file a proposed schedule "for the remaining discovery and other deadlines in this case" within 7 days of the resolution of the pending discovery disputes. The Court is under the impression that the disputes have been resolved but is unaware of any such proposed schedule having been filed. Accordingly, the proposed schedule (or competing schedules) shall be filed on or before August 26, 2026.

If the parties contend that not all pending discovery disputes have been resolved, they may instead present those dispute for resolution by August 26, 2026, in a joint letter.[1]

SO ORDERED.

Dated: August 19, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

[1] The Court notes that the pendency of an objection to one of the Court's rulings does not alter the fact that the ruling resolved the dispute at issue. Thus, the Court expects the proposed schedule to be submitted – and discovery to continue -- regardless of the pendency of the objection.